UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BERNARD CHARLES, ET AL.

VERSUS

MICHAEL HILL, ET AL.

CIVIL ACTION

NO. 14-425-JJB

## RULINGS ON SUA SPONTE REVIEW OF REMOVAL JURISDICTIONAL AND ON MOTION FOR SUMMARY JUDGMENT

The court sua sponte (doc. 10) raised the issue of whether this matter had been properly removed on allegations of fraudulent joinder. The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Bourgeois, dated March 10, 2015 (doc. no. 17). Plaintiffs have filed a response requesting leave to amend "intentional acts", to which defendants have filed a reply.

The court finds that the report and recommendation of the magistrate judge is legally and factually correct. The report is approved and adopted as the court's reasons herein. Furthermore, as noted by defendants in their reply, plaintiffs' request to amend lacks merit. The "intentional acts" that plaintiffs would purportedly add by proposed amendment are insufficient as a matter of law. This argument was anticipated and addressed more fully by the magistrate judge in his report.

\*     \*     \*     \*

Accordingly, IT IS ORDERED that plaintiff's request to amend is DENIED and the court has removal jurisdiction due to the improper joinder of defendants Travis Estes; Michael Hill; and Estes Refractory and Insulation of Louisiana, LLC.

IT IS FURTHER ORDERED the motion (doc. 11) for summary judgment filed by Estes Refractory and Insulation of Louisiana, LLC and Houston Specialty-Commercial Automobile Insurance be GRANTED. This motion is premised on the same rationale as the motion to remand, namely that plaintiffs have no claims against these defendants due to immunity under the worker's compensation laws of Louisiana.

Baton Rouge, Louisiana, April 6th, 2015.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA