UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BERNARD CHARLES, ET AL.

VERSUS

MICHAEL HILL, ET AL..

CIVIL ACTION

NO. 14-425-JJB

RULING AND ORDER

This matter is before the court on the motion (doc. 25) by American Guarantee & Liability Company (improperly designated as "Zurich Insurance Company" in the petition) for summary judgment. Plaintiff has failed to file an opposition. There is no need for oral argument.

For the reasons stated in defendant's brief, the court finds that there is no genuine issue of material fact and that plaintiff is entitled to summary judgment as a matter of law.

Accordingly, the motion (doc. 25) for summary judgment is hereby GRANTED.

Baton Rouge, Louisiana, July 14th, 2015.

JAMES J. BRADY
DISTRICT JUDGE